IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DANIEL K. MAXWELL,

      Petitioner,

v.

STATE OF FLORIDA AND
DEPARTMENT OF CHILDREN
AND FAMILIES,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2014

Opinion filed November 3, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Daniel K. Maxwell, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The appeal is dismissed. See Logan v. State, 846 So. 2d 472 (Fla. 2004).

ROWE, MAKAR, and KELSEY, JJ., CONCUR.